IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARVELLOUS A.X. GREENE,

    Plaintiff,                 No. CIV S-05-0834 LKK GGH P

    vs.

CORRECTIONAL OFFICER MORRIS, et al.,

    Defendants.           <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: 2/1/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
gree0834.59